May 22, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

JOYCE CREAVEN, Appellant

NO. 14-17-00128-CV                V.

CAROLINE CREAVEN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Caroline Creaven, signed January 4, 2017, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Caroline Creaven.

We further order this decision certified below for observance.